# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Smith, Rebecca B. | 2. Court or Organization<br><br>Eastern District of Virginia | 3. Date of Report<br><br>05/10/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States District Court
600 Granby Street
Norfolk, Virginia 23510

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | General Douglas MacArthur Foundation, Norfolk, Va |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Branch Bank & Trust Co. Bank Account | A | Interest | J | T | | | | | |
| 2. Investment Account #1 directing (line 3) | | | | | | | | | |
| 3. IRA-Brokerage Account #1 holding (lines 4-29) | | | | | | | | | |
| 4. Schwab Govt. Money Fund | A | Int./Div. | J | T | | | | | |
| 5. Hampton Roads Bankshares Inc | | None | J | T | | | | | |
| 6. Standard & Poor's Midcap 400 | A | Int./Div. | J | T | | | | | |
| 7. Tr MSCI EAFE Index Fund | | None | L | T | | | | | |
| 8. Standard & Poor's 500 Depository Receipts Trust | B | Int./Div. | M | T | | | | | |
| 9. A T & T Inc New | A | Int./Div. | J | T | | | | | |
| 10. Verizon Communications | A | Int./Div. | J | T | | | | | |
| 11. IShares MSCI Emrg Mkt Fd | | None | | | Sold | 01/31/11 | K | A | |
| 12. IShares S & P Smcap Value | A | Int./Div. | J | T | | | | | |
| 13. IShares TR Barclays Bond Intermediate | B | Int./Div. | K | T | | | | | |
| 14. IShares TR Barclays Fund Aggregate | A | Int./Div. | J | T | | | | | |
| 15. IShares Tr Cohen & Steer | B | Int./Div. | J | T | | | | | |
| 16. SPDR Trust Unit Sr 1 | | None | J | T | | | | | |
| 17. IShares Barclays Bond (1-3 yr credit bond) | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Smith, Rebecca B. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | IShares Trust (High Yield Corp) | A | Int./Div. | J | T | | | | | |
| 19. | Vanguard MSCI Emerging Markets | | None | K | T | Buy | 01/26/11 | K | | |
| 20. | Taxable Bonds: | | | | | | | | | |
| 21. | Gov't Natl Mtg. Assn Pool 5/15/20 Medium Term Notes | | None | J | T | | | | | |
| 22. | US TSY Inflation Index Notes 7-15-13 | A | Int./Div. | J | T | | | | | |
| 23. | U.S. T-Note 5/31/13 | A | Int./Div. | K | T | | | | | |
| 24. | U.S. T-Note 8/15/12 | A | Int./Div. | J | T | | | | | |
| 25. | U.S. T-Note 8/15/15 | A | Int./Div. | J | T | | | | | |
| 26. | U.S. T-Note 10/31/11 | | None | | | Sold | 10/31/11 | J | | |
| 27. | Fed Farm CR BK 6/8/17 | A | Int./Div. | K | T | | | | | |
| 28. | Conocophillips 10/15/16 | A | Int./Div. | J | T | | | | | |
| 29. | Amgen 11/15/21 | A | Int./Div. | J | T | Buy | 11/18/11 | J | | |
| 30. | Farm, ███████ VA | | None | N | W | | | | | |
| 31. | Investment Account #2 directing (line 32) | | | | | | | | | |
| 32. | Brokerage Account #2 holding (lines 33-89) | | | | | | | | | |
| 33. | Schwab Govt Money Fund | A | Int./Div. | K | T | | | | | |
| 34. | Equities/Stocks: | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. A T & T Inc. | B | Dividend | K | T | | | | | |
| 36. Ace Limited | A | Dividend | J | T | | | | | |
| 37. Auto Data Processing | A | Dividend | K | T | | | | | |
| 38. Cisco Systems Inc. | A | Dividend | J | T | | | | | |
| 39. Dollar Tree Inc. | | None | K | T | | | | | |
| 40. DuPont E I De Nemours & Co. | A | Dividend | J | T | | | | | |
| 41. Duke Energy Corp. | A | Dividend | J | T | | | | | |
| 42. Exxon Mobil Corp. | A | Dividend | K | T | | | | | |
| 43. General Electric Co. | B | Dividend | K | T | | | | | |
| 44. Hampton Roads Bankshares | | None | J | T | | | | | |
| 45. Hewlett-Packard Company | | None | | | Sold | 09/16/11 | J | B | |
| 46. Honeywell International | A | Dividend | K | T | | | | | |
| 47. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 48. J.P. Morgan Chase & Co. | A | Dividend | J | T | | | | | |
| 49. Kraft Foods, Inc. | A | Dividend | K | T | | | | | |
| 50. Medtronic Inc. | A | Dividend | J | T | | | | | |
| 51. Microsoft Corp. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Pepsico Inc. | A | Dividend | K | T | | | | | |
| 53. Raytheon Company | | None | | | Sold | 09/16/11 | J | | |
| 54. Tyco International Ltd. | | None | | | Sold | 09/19/11 | J | | |
| 55. Verizon Communications | A | Dividend | J | T | | | | | |
| 56. Canadian Natl Ry Co | A | Dividend | J | T | | | | | |
| 57. Chesapeake Energy Corp | A | Dividend | J | T | | | | | |
| 58. Harris Corporation | A | Dividend | J | T | | | | | |
| 59. Home Depot | A | Dividend | J | T | | | | | |
| 60. Intel Corp | A | Dividend | J | T | | | | | |
| 61. Marathon Oil Corp | A | Dividend | J | T | | | | | |
| 62. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 63. Travelers Companies | A | Dividend | K | T | | | | | |
| 64. Rydex SGI MGD Futures | | None | K | T | | | | | |
| 65. Vanguard Div Apprciation | B | Dividend | K | T | | | | | |
| 66. Chevron Corporation | A | Dividend | K | T | | | | | |
| 67. Noble Corp. | | None | J | T | | | | | |
| 68. Wal-Mart Stores Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SPDR Index Shares Fund | | None | J | T | | | | | |
| 70. Apple Inc | | None | K | T | Buy | 09/16/11 | K | | |
| 71. Marathon Pete Corp | A | Dividend | J | T | Spinoff (from line 61) | 07/01/11 | J | | |
| 72. Plum Creek Timber Co | | None | J | T | Buy | 04/18/11 | J | | |
| 73. Tax Exempt Bonds: | | | | | | | | | |
| 74. Arlington Cnty VA 2/1/13 | | None | | | Redeemed | 02/01/11 | K | | |
| 75. Bristol, VA 11/1/16 | A | Interest | J | T | | | | | |
| 76. Chesterfield Cnty 1/15/14 | | None | | | Redeemed | 01/18/11 | J | | |
| 77. Fairfax Cnty VA 10/1/11 | | None | | | Redeemed | 10/11/11 | J | | |
| 78. Middle Riv. Regl. 5/15/12 | A | Interest | K | T | | | | | |
| 79. Montgomery Cnty, VA 1/15/11 | | None | | | Redeemed | 01/18/11 | K | | |
| 80. Prince William County VA CTF Partn 6/1/15 | A | Interest | J | T | | | | | |
| 81. Virginia College Bl. 9/1/15 | A | Interest | J | T | | | | | |
| 82. Virginia College Bl. 4/1/16 | A | Interest | K | T | | | | | |
| 83. VA Res Auth Infrastructure Rev. Pooled Loan Bond 11/1/14 | A | Interest | K | T | | | | | |
| 84. Appamattox Cnty Va 05/01/14 | A | Interest | K | T | | | | | |
| 85. Fairfax Cnty Va ECO 05/15/17 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Virginia St Hsg 04/01/13 | | None | J | T | | | | | |
| 87. | Hanover County VA Eco 04/01/18 | A | Interest | K | T | Buy | 03/09/11 | J | | |
| 88. | Norfolk Va Arpt Aut 07/01/13 | A | Interest | K | T | Buy | 04/29/11 | K | | |
| 89. | Virginia St Res Aut 11/01/19 | A | Interest | K | T | Buy | 05/19/11 | K | | |
| 90. | Wells Fargo | A | Interest | M | T | | | | | |
| 91. | Rental Property #1, Norfolk, VA | E | Rent | N | W | | | | | |
| 92. | C.A. Associates, 2%, Norfolk, VA | D | Dividend | K | W | | | | | |
| 93. | GJF Currituck Beach Associates, NC | | None | J | W | | | | | |
| 94. | IRA - Equi-Vest | | None | K | T | | | | | |
| 95. | Deferred Annuity - Equitable Life Ins. Co. | | None | K | T | | | | | |
| 96. | Holly Holdings, Inc. | D | Interest | N | T | | | | | |
| 97. | Friends of Cedar Point Country Club | A | Interest | J | T | Buy | 06/30/11 | J | | |
| 98. | IRA-Brokerage Acct #3 directing and holding (lines 99-115) | | | | | | | | | |
| 99. | UBS Pace Money Market Investment Fund | | None | | | Sold | 10/25/11 | J | | |
| 100. | First Eagle Sogen Global Fund | A | Int./Div. | J | T | | | | | |
| 101. | Washington Real Estate Investment Fund | | None | J | T | | | | | |
| 102. | Eaton Vance Traditional Worldwide Health Sciences | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Ivy Small Cap Value Fund | A | Int./Div. | J | T | | | | | |
| 104. Matthews China Fund | B | Int./Div. | J | T | | | | | |
| 105. Nuveen Tradewinds Global | | None | J | T | | | | | |
| 106. Oppenheimer Global Opportunities Fund | B | Int./Div. | J | T | | | | | |
| 107. Federated Capital Income Fund | B | Int./Div. | J | T | | | | | |
| 108. Janus Balanced Fund | A | Int./Div. | J | T | | | | | |
| 109. Calvert Income Fund | A | Int./Div. | J | T | | | | | |
| 110. Federated Government Income Secs Fund | A | Int./Div. | K | T | | | | | |
| 111. Blackrock Global Allocation Fund | A | Int./Div. | J | T | | | | | |
| 112. Ivy Asset Strategy Fund | A | Int./Div. | J | T | | | | | |
| 113. Tax Exempt Bonds: | | | | | | | | | |
| 114. VA St Pub Sch Auth 8/1/20 | | None | | | Sold | 08/11/11 | K | | |
| 115. Virginia Beach Va Pub Impt 7/15/23 | A | Interest | J | T | | | | | |
| 116. Brokerage Account #4 directing and holding (lines 117-144) | | | | | | | | | |
| 117. Resource Management Tax-Free Fund, Inc. | A | Interest | J | T | | | | | |
| 118. Equities/Stocks: | | | | | | | | | |
| 119. IShares Trust Russell 1000 Value Index Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. IShares Trust Russell 1000 Growth Index Fund | A | Dividend | J | T | | | | | |
| 121. IShares Trust Russell Midcap Index Fund | | None | J | T | | | | | |
| 122. IShares MSCI EAFE Index Fund | | None | J | T | | | | | |
| 123. Rydex ETF Trust S & P 500 | A | Dividend | J | T | | | | | |
| 124. Vanguard Intl Equity Index Fd | | None | J | T | | | | | |
| 125. Vanguard Divid Appreciation ETF | B | Dividend | J | T | | | | | |
| 126. IShares Iboxx S Invt Gra De Corporate Bond Fund | | None | | | Sold | 09/21/11 | J | | |
| 127. IShares Barclays 1-3 yr Treas Bond Fund | A | Dividend | K | T | | | | | |
| 128. IShares Barclays Tips Bond Fund | A | Dividend | J | T | Buy | 09/28/11 | J | | |
| 129. IShares Barclays MBS Bond Fd | | None | J | T | | | | | |
| 130. SPDR Barclays Capital Int Term Treasure ETF | B | Dividend | K | T | | | | | |
| 131. SPDR Lehman Intl Treas Bond | | None | | | Sold | 09/28/11 | J | | |
| 132. IShares S & P GSCI Commdity Ind | | None | | | Sold | 05/17/11 | J | | |
| 133. Powershares DB Multi Section Commodity | | None | | | Sold | 05/17/11 | J | | |
| 134. IShares Barclays 20+ year Treasury Bd | B | Dividend | K | T | | | | | |
| 135. SPDR Ser Trust Nuveen Barclays Cap Short Term Bd | | None | | | Sold | 01/25/11 | K | | |
| 136. SPDR Gold Trust | B | Dividend | | | Sold | 03/25/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Smith, Rebecca B. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Permanent Portfolio Fund Inc. | A | Dividend | J | T | | | | | |
| 138. Pimco All Assets | | None | | | Sold | 09/22/11 | J | | |
| 139. First Trust Exchange Traded Fund II | A | Dividend | J | T | Buy | 09/28/11 | J | | |
| 140. Nuveen Gold Value Opportunities | A | Dividend | J | T | Buy | 09/28/11 | J | | |
| 141. SPDR S & P Dividend ETF | A | Dividend | J | T | Buy | 09/28/11 | J | | |
| 142. Arrow Managed Futures | | None | J | T | Buy | 09/28/11 | J | | |
| 143. Robeco Boston Partners | | None | K | T | Buy | 06/27/11 | K | | |
| 144. IShares Gold Trust ETF | | None | J | T | Buy | 09/28/11 | K | | |
| 145. Brokerage Account #5 directing and holding (lines 146-150) | | | | | | | | | |
| 146. Henrico Cnty Va Econ Auth Res Care 10/1/35 | B | Interest | K | T | | | | | |
| 147. Virginia Small Business Fing Auth 11/1/21 | A | Interest | K | T | | | | | |
| 148. Arlington Cnty Va IDA 7/1/31 | A | Interest | K | T | Buy | 01/12/11 | K | | |
| 149. Roanoke VA EDA Hosp 71/20 | A | Interest | K | T | Buy | 03/04/11 | K | | |
| 150. B B & T Financial Money Market Acct | A | Interest | | | Closed | 03/04/11 | J | A | |
| 151. Heritage Bank Account | A | Interest | | | Closed | 04/14/11 | M | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,000 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Rebecca B. Smith**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544